No. 86–2063. MAHR ET UX. *v.* NATIONAL BROADCASTING CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–2065. BROOKS *v.* EBONY OIL CORP. C. A. 2d Cir. Certiorari denied.

No. 86–2066. YASUI ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–2067. SCHWARTZ *v.* CITY OF GRAND PRAIRIE, TEXAS, ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 86–2069. JUDGE ET AL. *v.* CITY OF FORT LAUDERDALE. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 86–2071. VERDERBER *v.* CANTELLO PLUMBING CORP. C. A. 3d Cir. Certiorari denied.

No. 86–6501. WHITLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–6509. CHAVEZ *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 86–6566. GARAUX *v.* VASQUEZ, WARDEN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–6593. HALL *v.* JONES ET AL. Ct. App. Ga. Certiorari denied.

No. 86–6619. SAMPLE *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 86–6647. VUE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–6655. ISREAL *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–6661. WALSH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–6679. MOORE *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 86–6683. POLLARD *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.